```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION


WILLIE DAVID JACKSON,              *

        Plaintiff,                 *

vs.                                *
                                        CASE NO. 3:08-CV-60 (CDL)
Sheriff JOE CHAPMAN, et al.,       *

        Defendants.                *
_____
                                   *
```

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 15, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 14th day of October, 2008.


                                    S/Clay D. Land
                                    CLAY D. LAND
                             UNITED STATES DISTRICT JUDGE